IVAN SELIG, Respondent, *v.* EDWIN F. WERRING et al., Individually and as Copartners under the Firm Name of SCHIFF, WERRING & Co., Appellants, Impleaded with Another.

(Argued March 24, 1932; decided April 26, 1932.)

*Alexander Pfeiffer* and *Joseph Lotterman* for appellants. *Harris Berlack* and *Frank Aranow* for respondent.

Judgment affirmed, with costs; no opinion. (See 259 N. Y. 587.)

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.